ACCEPTED
04-13-00888-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/11/2015 4:06:55 PM
KEITH HOTTLE
CLERK

**NO. 04-13-00888-CV**

---

**IN THE COURT OF APPEALS
FOR THE FOURTH JUDICIAL DISTRICT OF TEXAS
AT SAN ANTONIO**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
06/11/15 4:06:55 PM
KEITH E. HOTTLE
Clerk

---

SPECIALTY SELECT CARE CENTER OF SAN ANTONIO, LLC D/B/A
CASA RIO HEALTHCARE AND REHABILITATION,
*Appellant*,

v.

JOSE FLORES, AS NEXT FRIEND OF JULIE FLORES,
*Appellee.*

---

On Appeal from the 131st Judicial District Court,
Bexar County, Texas, Cause No. 2013-CI-04577

---

**APPELLANT'S MOTION TO LIFT
ABATEMENT AND REINSTATE APPEAL**

---

Breck Harrison – 24007325
bharrison@jw.com
Jorge A. Padilla – 24054512
jpadilla@jw.com
JACKSON WALKER L.L.P.
100 Congress Avenue, Suite 1100
Austin, Texas  78701
512-236-2000
512-236-2002 (Facsimile)

ATTORNEYS FOR APPELLANT
SPECIALTY SELECT CARE
CENTER OF SAN ANTONIO LLC
D/B/A CASA RIO HEALTHCARE
AND REHABILITATION

June 11, 2015

1

**TO THE HONORABLE FOURTH COURT OF APPEALS:**

Appellant Specialty Select Care Center of San Antonio LLC d/b/a Casa Rio Healthcare and Rehabilitation ("Appellant") files this Motion to Lift Abatement and Reinstate Appeal and respectfully shows the following:

## FACTS AND ARGUMENT

This is an interlocutory appeal of the trial court's order denying Appellant's Motion to Compel Arbitration and Stay Proceedings. *See* TEX. CIV. PRAC. & REM. CODE §51.016 (authorizing an interlocutory appeal from an order denying a motion to compel arbitration under the Federal Arbitration Act).

Appellant filed its Appellant's Brief on January 30, 2014. Appellee filed his Appellee's Brief on February 18, 2014. On March 10, 2014, Appellant filed its Motion for Extension of Time to File Reply Brief.

On March 19, 2014, this Court entered an order that abated this case pending the Texas Supreme Court's resolution of three cases previously decided by this Court: *Williamsburg Care Co. L.P. v. Acosta*, 406 S.W.3d 711 (Tex. App.—San Antonio 2013, pet. filed); *Fredericksburg Care Co. L.P. v. Lira*, 407 S.W.3d 810 (Tex. App.—San Antonio 2013, pet. filed); and *Fredericksburg Care Co. L.P. v. Perez*, 406 S.W.3d 313 (Tex. App.—San Antonio 2013, pet. filed) (collectively these three cases are referred to as "*Acosta*, *Lira* and *Perez*"). *See* March 19, 2014 Order, attached hereto as Exhibit "A." In granting Appellant's Motion to Abate,

this Court ordered that this case would "be treated as a closed case, unless and until appellant files a motion requesting its reinstatement following the Texas Supreme Court's resolution of the issue." *Id*. The Court's March 19, 2014 order also denied Appellant's Motion for Extension of Time to File Reply Brief as moot. *Id*.

The Texas Supreme Court decided *Acosta*, *Lira* and *Perez* on March 6, 2015. In those opinions, the Texas Supreme Court resolved the central issue in this case: whether Section 74.451 of the Civil Practice and Remedies Code invalidated the parties' arbitration agreement.

Now that the Texas Supreme Court has resolved this issue, Appellant seeks to have this Court lift the abatement and reinstate the appeal. Furthermore, Appellant seeks for the Court to reconsider its Motion for Extension of Time to File Reply Brief and set a deadline for Appellant to file its Reply to Appellee's Brief.

## PRAYER

Accordingly, Appellant Specialty Select Care Center of San Antonio LLC d/b/a Casa Rio Healthcare and Rehabilitation requests that this Court grant the Motion to Lift Abatement and Reinstate Appeal, to reconsider its Motion for Extension of Time to File Reply Brief, and to set a deadline for Appellant to file its Reply to Appellee's Brief.

3

Respectfully submitted,

JACKSON WALKER L.L.P.

By: */s/ Jorge A. Padilla*
     Breck Harrison
     State Bar No. 24007325
     bharrison@jw.com
     Jorge A. Padilla
     State Bar No. 24054512
     jpadilla@jw.com
     100 Congress, Suite 1100
     Austin, TX 78701
     (512) 236-2000
     (512) 236-2002 – Facsimile

     ATTORNEYS FOR APPELLANT
     SPECIALTY SELECT CARE
     CENTER OF SAN ANTONIO LLC
     D/B/A CASA RIO HEALTHCARE
     AND REHABILITATION

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Andrew J. Skemp by email and I have attempted in good faith to reach an agreement regarding the motion. Mr. Skemp has not responded to an email to determine whether he is opposed to this Motion to Lift Abatement and Reinstate Appeal. However, Mr. Skemp has previously requested the undersigned to file a motion to reinstate the appeal.

/s/  Jorge A. Padilla
Jorge A. Padilla


## CERTIFICATE OF SERVICE

I hereby certify that, on the 11th day of June 2015, a true and correct copy of the foregoing was served on all counsel of record listed below in accordance with Rule 9.5(c) of the Texas Rules of Appellate Procedure via e-mail and certified mail, return receipt requested:

Beth S. Janicek
Andrew J. Skemp
Janicek Law Firm, PC
1100 NE Loop 410, Suite 550
San Antonio, Texas 78209
andrew@janiceklaw.com
beth@janiceklaw.com

/s/  Jorge A. Padilla
Jorge A. Padilla

13572383v.1

# EXHIBIT "A"

FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

March 19, 2014

No. 04-13-00888-CV

**SPECIALTY SELECT CARE CENTER OF SAN ANTONIO LLC**
d/b/a Casa Rio Healthcare and Rehabilitation,
Appellant

v.

Jose **FLORES**, as next friend of Julie Flores,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-04577
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

Sitting:  Sandee Bryan Marion, Justice
          Marialyn Barnard, Justice
          Luz Elena D. Chapa, Justice

Appellant has filed a motion to abate this appeal because one of the issues presented in the appeal is the same issue pending in petitions for review filed in *Williamsburg Care Co. L.P. v. Acosta*, 406 S.W.3d 711 (Tex. App.—San Antonio 2013, pet. filed), *Fredericksburg Care Co. L.P. v. Lira*, 407 S.W.3d 810 (Tex. App.—San Antonio 2013, pet. filed), and *Fredericksburg Care Co. L.P. v. Perez*, 406 S.W.3d 313 (Tex. App.—San Antonio 2013, pet. filed). This court has considered the motion, the appellee's response, and the appellant's reply to the appellee's response. In light of the pending higher court review of the precedent previously established by this court, the court has determined that abating this appeal pending the Texas Supreme Court's resolution of the issue will likely achieve the greatest judicial efficiency. Accordingly, appellant's motion to abate is GRANTED. For administrative purposes, this appeal will be treated as a closed case, unless and until appellant files a motion requesting its reinstatement following the Texas Supreme Court's resolution of the issue.

Appellant's motion for extension of time to file reply brief is DENIED AS MOOT.

It is so **ORDERED** on March 19, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court